329 So.2d 116

**In re Jerry BUTTRAM**

v.

**STATE.**

**Ex parte Jerry Buttram.**

**SC 1728.**

Supreme Court of Alabama.

April 2, 1976.

David A. Rains, Fort Payne, for petitioner.

No appearance for the State.

EMBRY, Justice.

Petition of Jerry Buttram for Certiorari to the Court of Criminal Appeals to review

and revise the judgment and decision of that Court in *Buttram v. State*, 57 Ala.App. 425, 329 So.2d 114.

WRIT DENIED.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.